IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR22 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| ROLAND SUDBECK | |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date, ECF No. 43.

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Self-Surrender Date, ECF No. 43, is granted; and

2. The Defendant Roland Sudbeck will surrender to the institution designated by the Bureau of Prisons before 2:00 p.m. on June 29, 2020.

Dated this 7th day of April 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge