IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR22 |
| vs. | |
| ROWLAND SUDBECK, | ORDER |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Extend Self-Surrender Date [45]. The Court notes that the assigned prosecutor in this district does not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Date for Self-Surrender (Filing No. 45) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, August 31, 2020, to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 25th day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge