IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ROLAND SUDBECK,<br><br>    Defendant. | 8:19CR22<br><br>ORDER |

  This matter is before the Court on defendant Roland Sudbeck's unopposed motion to extend his self-surrender date (Filing No. 52).

  IT IS ORDERED:

1. Defendant Roland Sudbeck's Unopposed Motion to Extend Self-Surrender Date (Filing No. 52) is granted;

2. Defendant shall report no later than 2:00 p.m. on Monday, February 1, 2021, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated November 20, 2020.

               BY THE COURT:

               Robert F. Rossiter, Jr.
               United States District Judge