IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR22 |
| v. | |
| ROLAND SUDBECK, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Roland Sudbeck's unopposed motion to extend his self-surrender date (Filing No. 54).

IT IS ORDERED:

1. Defendant Roland Sudbeck's Unopposed Motion to Extend Self-Surrender Date (Filing No. 54) is granted;

2. Defendant shall report no later than 2:00 p.m. on Monday, April 5, 2021, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated January 28, 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge